# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.** Trustee | Telephone: (518) 449-2043 | For payments Only: |
| **Bonnie Baker, Esq.** Assoc. Attorney | Facsimile: (518) 449-2473 | P.O Box 1918 Memphis, TN 38101-1918 |

April 21, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   02-15282          Raymond & Patricia Kalendak

To Whom It May Concern:

    Enclosed please find check #**815391** in the amount of **$17.94**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 29 |
| Account# | 1150073410617 |
| Creditor | Sears POB 3671 Des Moines, Iowa 50322 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli